UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAFFE MCCALL, LLP | CIVIL ACTION |
| VERSUS | NO: 08-4432 |
| WORLD TRADE CENTER OF NEW ORLEANS ET AL | SECTION: "J" |

**ORDER**

Before the Court are the World Trade Center of New Orleans, Inc.'s ("WTC") **Motion to Strike or Dismiss First Amended and Supplemental Counterclaim of Full Spectrum of NY, LLC (Rec. Doc. 84)** and New Orleans Building Corporation's ("NOBC") **Motion to Dismiss Claims under F.R.C.P. 12(b)(6) (Rec. Doc. 91)**, both of which seek dismissal of Full Spectrum of NY, LLC's ("Full Spectrum") counterclaims in this case. NOBC's motion additionally seeks an award of attorney's fees and costs under Louisiana Revised Statutes Section 51:1409(A) for defending against Full Spectrum's claims under the Louisiana Unfair Trade Practices Act ("LUTPA"). In response, Full Spectrum has indicated that it wishes to voluntarily dismiss all pending claims against WTC and NOBC in the above-captioned matter. Accordingly,

**IT IS ORDERED** that WTC's **Motion to Strike or Dismiss First Amended and Supplemental Counterclaim of Full Spectrum of NY, LLC (Rec. Doc. 84)** and NOBC's **Motion to Dismiss Claims under F.R.C.P. 12(b)(6) (Rec. Doc. 91)** are hereby **GRANTED**, and that all Full

Spectrum's claims against WTC and NOBC in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that NOBC's request for attorney's fees and costs is hereby **DENIED**.

New Orleans, Louisiana this 7th day of August, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE